UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>RALPH DENNIS,<br><br>            Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CRIMINAL ACTION NO. 12-734-1<br><br>**ORDER DENYING APPLICATION TO FILE UNTIMELY POST-TRIAL MOTION FOR NEW TRIAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 33** |

**APPEARANCES:**

OFFICE OF THE UNITED STATES ATTORNEY
By:  Jacqueline Carle, Esq.
     Matthew T. Smith, Esq.
401 Market Street, 4th Floor
P.O. Box 2098
Camden, New Jersey 08101
     Counsel for United States

GIBBONS P.C.
By:  Lawrence S. Lustberg, Esq.
One Gateway Center
Newark, New Jersey 07102
     Counsel for Defendant


**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon Defendant's application to file a post-trial motion for a new trial pursuant to Federal Rule of Criminal Procedure 33 (Docket #96); having reviewed the submissions of the parties; and for

1

the reasons set forth in an Opinion on even date herewith and for good cause appearing:

**IT IS** on this 17th day of July, 2014,

**ORDERED THAT:**

1. Defendant's application to file an untimely post-trial Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33 is hereby **DENIED**;

2. The Court hereby **ADJOURNS** the presently scheduled July 22, 2014 sentencing hearing set for Defendant Ralph Dennis, and will confer with the Defendant and Government to set a new date for sentencing.

								_____
								JOSEPH E. IRENAS, S.U.S.D.J.